Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
06/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF | CASE NUMBER: 5:21-MJ-00152 |
|---|---|
| v.  Jose Efren CIENFUEGOS  USMS# ____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/16/ __ 0840 at ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: English

7. Year of Birth: 1990

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY-CACPT-CAC@CACP.USCOURTS.GOV

10. Remarks (if any): None

11. Name: Donald R. Isaacs   (please print)

12. Office Phone Number: 951-201-1473

13. Agency: FBI Palm Springs

14. Signature: /s/ Don [Isaacs]

15. Date: 06/16/21

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION